UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:07-CR-165 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| NASIR ALKHALLEFA | ) | |

ORDER OF DETENTION PENDING TRIAL

This matter came before the Court on defendant's initial appearance and arraignment on an Indictment on January 10, 2008. Jeffrey Theodore, Assistant United States Attorney, was present representing the government and Donald Bosch and Ann Short were present representing the defendant. The defendant was present. The government moved for detention stating the defendant is a risk of flight and a danger to the community and also that BICE has placed a detainer against the defendant. Mr. Bosh stated that he has explained to his client that there is a detainer lodged against him. The defendant signed a Waiver of Detention Hearing. Therefore, Mr. Bosch stated that the defendant wished to waive his right to a detention hearing at this time but reserve the right to have a detention hearing at a later date, if appropriate. The defendant shall be detained pursuant to 18 U.S.C. § 3142(f)(2).

Both the defendant's attorney and the government's attorney agreed this situation constitutes good cause under 18 U.S.C. § 3142(f)(2), and the Court agrees. Therefore this detention hearing is continued indefinitely. Until that time, the defendant will

remain in detention. The defendant stated he understands that he will remain in detention.

The defendant has been informed that a prompt hearing would be scheduled if he becomes eligible and requests a detention hearing. Accordingly, The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge