UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| V. | ) ) | No. 3:07-CR-165 (Phillips / Shirley) |
| NASIR ALKHALLEFA, | ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on defendant Nasir Alkhallefa's Motion to Withdraw Motion [Doc. 19], filed on February 13, 2008.

Defendant's motion asks this Court for leave to withdraw the Motion to Withdraw as Counsel for Defendant, and for Appointment of Counsel to Represent Defendant [Doc. 18] filed by his attorney, Don Bosch ("Attorney Bosch") on February 6, 2008. Defendant further requests this Court to cancel the hearing in this matter set for February 14, 2008 and that the motion hearing set for February 28, 2008 remain on the Court's calendar. Attorney Bosch states he is withdrawing his motion on defendant's behalf in light of communication being reestablished with the Saudi Embassy on behalf of his client. This communication resulted in securing appropriate financial arrangements, allowing Attorney Bosch to continue as counsel for defendant. Attorney Bosch further advises the Court that defendant wishes to have his law firm continue to represent him in this matter.

1

Accordingly, defendant's Motion to Withdraw Motion **[Doc. 19]** is **GRANTED** and Attorney Bosch's Motion to Withdraw as Counsel for Defendant and for Appointment of Counsel to Represent Defendant **[Doc. 18]** is **DENIED AS MOOT**. The motion hearing set for **Thursday, February 14, 2008 at 9:00 a.m.** is **CANCELLED**. The motion hearing set for **February 28, 2008 at 10:00 a.m.** to hear all other pending motions **REMAINS** on the Court's calendar.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge