UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-165 |
| | ) | (Phillips / Shirley) |
| V. | ) | |
| | ) | |
| NASIR ALKHALLEFA, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Nasir Alkhallefa's Motion To Continue Filing Deadlines [Doc. 23], filed on April 14, 2008.

As previously established by this Court [Doc. 22], all pretrial motions are to be filed in this case no later than April 23, 2008, with responses due from the government on or before May 14, 2008. By way of motion, defense counsel requests an extension of the motion deadline and asks the Court to have up to and including May 14, 2008 to file any pretrial motions and extend the deadline for government responses to those motions until May 28, 2008. In support of the motion, defense counsel advises the Court he received a phone call from Jarrett Wolf, an attorney from Miami, Florida, who reported he has been retained by the Saudi Arabian Embassy in connection with Defendant Alkhallefa's case. Accordingly, the parties are trying to determine the status of Defendant's representation in this matter and request additional time to prepare and finalize pretrial motions. The government joins in Defendant's request for additional time and does not object to

their new response deadline of May 28, 2008.

For good cause shown, Defendant's Motion to Continue Filing Deadlines **[Doc. 23]** is **GRANTED**. Pretrial Motions shall be filed on or before **May 14, 2008** and responses shall be filed on or before **May 28, 2008.** The motion hearing originally scheduled for **May 22, 2008 and May 23, 2008** is **RESET** to **June 12, 2008 at 10:00 a.m.** before this Court.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge