UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>NASIR ALKHALLEFA, )<br>)<br>Defendant. ) | No. 3:07-CR-165<br>(Phillips / Shirley) |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Nasir Alkhallefa's Motion To Continue Filing Deadlines [Doc. 27], filed on May 14, 2008.

As previously established by this Court [Doc. 24], all pretrial motions were to be filed in this case no later than May 14, 2008, with responses due from the government on or before May 28, 2008. A Motion Hearing/Pretrial Conference is scheduled for June 12, 2008 before the undersigned. By way of motion, defense counsel requests an extension of the motion deadline and asks the Court to have up to and including June 13, 2008 to file any pretrial motions and extend the deadline for government responses to those motions until June 27, 2008. In support of the motion, defense counsel advises the Court additional factual investigation has been ongoing by defense counsel, including examination of Defendant's computer equipment with a forensic expert from Oregon, who needed to travel to Knoxville in order to examine the computer. Additionally, Attorney Bosch informs the Court that Attorney Jarrett Wolf has recently joined him in Defendant's representation,

thus, additional time is needed for Mr. Wolf to become familiar with the facts of the case in order to effectively represent Defendant Alkhallefa.

While this Court finds good cause for extending Defendant's deadline to file pretrial motions, it must also be mindful of Defendant's Speedy Trial Rights and the pending trial, scheduled to commence on June 23, 2008. Accordingly, the Court **GRANTS IN PART** Defendant's Motion to Continue Filing Deadlines [**Doc.27**]. However, Defendant's Alkhallefa's pretrial motions will be due on or before **June 11, 2008.** The Pretrial Conference currently scheduled for **June 12, 2008** will remain on the Court's calendar. At that time, if any motions are filed, the parties will come before the undersigned to discuss further dates applicable to this matter, including determining a due date for the government's responses, as well as scheduling a motion hearing and discussing the status of the trial date. If Defendant chooses not to file any pretrial motions, this Court finds that, unless requested by either party, a Pretrial Conference would not be necessary and the Court will file its standard Pretrial Order, and the trial will remain set to commence on **June 23, 2008** before United States District Judge Thomas W. Phillips.

Accordingly, it is **ORDERED**:

    (1) Defendant's Motion to Continue Filing Deadlines **[Doc. 27]** is **GRANTED IN PART**;

    (2) Pretrial Motions shall be filed on or before **June 11, 2008**;

    (3) A Motion Hearing/Pretrial Conference will be held on **June 12, 2008 at 10:00 a.m.**, before the Honorable C. Clifford Shirley, United States Magistrate Judge; and

(4) The trial of this matter is set to commence on **June 23, 2008, at 9:00 a.m.**, before the Honorable Thomas W. Phillips, United States District Judge.

**IT IS SO ORDERED.**

ENTER:


  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge